UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**MAY 31 2013**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:99CR414 RWS |
| ) | |
| NICOLE RENEE JONES a/k/a ) | |
| NICOLE PEAY ) | |
| SSN xxx-xx-1515 ) | |
| 2611 CALIFORNIA ) | |
| ST. LOUIS, MO 63118, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CITY OF ST. LOUIS - CITY HALL ) | |
| 1200 MARKET STREET, ROOM 220 ) | |
| ST. LOUIS, MO 63103 ) | |
| **ATTN: GARNISHMENT DEPT.,** ) | |
| ) | |
| Garnishee. ) | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about May 13, 2013, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $890.72, bi-weekly.

On April 30, 2013, the defendant was notified of her right to a hearing to determine exempt property. On May 7, 2013, the defendant requested a hearing. On May 28, 2013, the defendant withdrew her request for a hearing.

IT IS ORDERED, ADJUDGED AND DECREED that Garnishee shall make payable to the Clerk, U.S. District Court the sum of ten percent (10%) of defendant's non-exempt net disposable wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. A check shall be issued to the Clerk, U.S. District Court, 111 South 10th Street, Room 3.300, St. Louis, MO 63102, within ten (10) days of the order of this Court.

IT IS FURTHER ORDERED that Garnishee is to serve notice on the U.S. Attorney's Office, 111 South 10th Street, 20th Floor, St. Louis, MO 63102, if the payments pursuant to this Order stop prior to the full satisfaction of the debt to the plaintiff.

Dated: May 31, 2013

JAMES G. WOODWARD
Clerk, U. S. District Court

By: _____
Deputy Clerk